**Order entered April 29, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01331-CV

### ONCOR ELECTRIC DELIVERY COMPANY LLC, Appellant

### V.

### VICTOR QUINTANILLA, OSCAR INTERIANO ROSALES AND ACCIDENT FUND INSURANCE COMPANY OF AMERICA, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-03500**

### ORDER

Before the Court are appellant's April 24, 2020 unopposed motion for extension of time to file its reply brief and appellees' April 27, 2020 unopposed motion to exceed word-count limit. We **GRANT** the motions. We deem appellees' April 10, 2020 brief properly filed and **ORDER** appellant to file its reply brief no later than May 29, 2020.

/s/     KEN MOLBERG
        JUSTICE